OPINION — AG — THE FACT THAT SENATE BILL NO. 448 GIVES THE TRIAL COURT AUTHORITY TO SUSPEND THE SENTENCE AFTER APPEAL, DOES NOT MAKE IT UNCONSTITUTIONAL SO LONG AS THE SUSPENSION OCCURS PRIOR TO THE COMMITMENT OF THE PRISONER. IT IS THEREFORE, THE OPINION OF THE ATTORNEY GENERAL THAT YOUR QUESTION MUST BE ANSWERED IN THE NEGATIVE, I.E., SENATE BILL NO. 448 IS NOT UNCONSTITUTIONAL. CITE: ARTICLE VI, SECTION 10 (JOSEPH MUSKRAT)